IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | Cr. No. 7:04-840-HMH |
| vs. ) | |
| ) | |
| Samuel Dendy, ) | |
| ) | **OPINION & ORDER** |
| Movant. ) | |

This matter is before the court on Samuel Dendy's ("Dendy") pro se motion to reduce sentence for substantial assistance pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. After reviewing the motion, the court orders the government to respond to the motion within thirty (30) days of the date of this order unless a transcript is required and then thirty (30) days from the receipt of the transcript.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 10, 2009